**Order entered June 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00506-CV

## IN THE INTEREST OF C.V.L., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-01086-W**

## ORDER

Before the Court is a copy of a letter from appellant's counsel to court reporter Kristin McDowell asking whether a record was made of the trial held on April 9, 2019. On our own motion, we **ORDER** Ms. McDowell to file, no later than July 5, 2019, either the record or written verification no record exists for that date.

/s/    KEN MOLBERG
       JUSTICE